

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00800-CR

Whitney Elizabeth **KNOWLTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1160-CR
The Honorable William Old, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 20, 2015.

_____
Patricia O. Alvarez, Justice